### EX PARTE, GEORGE GUNDERSON

5 So. (2nd) 598                                    En Banc
January 16, 1942

Otis R. Parker and Parker & Parker, for petitioner.

J. Tom Watson, Attorney General, and Woodrow M. Melvin, Assistant Attorney General, for respondent.

PER CURIAM:

In view of the amended return to the rule nisi the petition for writ of habeas corpus is denied.

BROWN, C. J., WHITFIELD, TERRELL and THOMAS, JJ., concur.

BUFORD, CHAPMAN and ADAMS, JJ., dissent.